STATE v. JAMES CHESTER OAKLEY.

(Filed 8 April, 1959.)

APPEAL by defendant from *Williams, J.,* September, 1958 Term, PERSON Superior Court.

Criminal prosecution upon a warrant charging the defendant with the unlawful operation of a motor vehicle upon the public highways while he was under the influence of intoxicating liquor. From a conviction and judgment of the County Court of Person County, the defendant appealed to the Superior Court, and from a jury verdict of guilty and judgment there, he appealed, assigning errors.

*Malcolm B. Seawell, Attorney General, T. W. Bruton, Assistant Attorney General for the State.*
*T. Jule Warren for defendant, appellant.*

PER CURIAM. The State's evidence tended to show the defendant was driving a certain automobile upon the public highways. The defendant's evidence tended to show one of the defendant's companions was the driver. All the evidence tended to show the defendant was intoxicated. The contest involved a question of fact as to the identity of the driver. The jury resolved the issue against the defendant.

No Error.